UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jordan Dupree Collins,<br><br>Petitioner,<br><br>v.<br><br>Commander Sheila Larson,<br><br>Respondent. | File No. 26-cv-3274 (ECT/JFD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on August 17, 2026. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. Petitioner Jordan Dupree Collins's Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED without prejudice** for failure to prosecute; and

3. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court